UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Jimmy Aldaoud,<br>    Petitioner,<br><br>-v-<br><br>Department of Homeland Security,<br>    Respondent. | No. 1:18-cv-1298<br><br>HONORABLE PAUL L. MALONEY |

## ORDER OF VOLUNTARY DISMISSAL

This matter is before the Court on Petitioner Jimmy Aldaoud's motion to dismiss his habeas corpus petition brought under 28 U.S.C. § 2241. Because the opposing party has not yet filed an answer, Petitioner has the ability to dismiss his claim without a court order or leave of the respondent. *See* Fed. R. Civ. P. 41(a)(1). While Petitioner has instead filed a motion for dismissal, (ECF No. 4), the Court construes it as a "notice of dismissal" under Rule 41(a)(1). Therefore, Aldaoud's petition is hereby **DISMISSED WITHOUT PREJUDICE.**

   IT IS SO ORDERED.

Date: December 11, 2018                    /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge